## Stauffer v. Moriarity

*Karl H. Strohl,* for defendant.

LEACH, P. J., January 15, 1941.—The record before the alderman shows that plaintiff's automobile ran into defendant's in this county, causing damages. Plaintiff had an affidavit showing the repairs made by himself in his own shop and what they were, but did not attach a receipt that he paid himself. It would be vain for him to do so.

440

Now, January 15, 1941, exceptions are dismissed and judgment is affirmed.